UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN ENGQUIST | * | CIVIL ACTION 05-1359-SCR |
| **Plaintiffs** | * | |
| VERSUS | * | |
| AXIS REINSURANCE COMPANY, SULLIVAN &STRAUSS AGENCY, INC., AND BURNS & WILCOX OF LOUISIANA, LIMITED | * | MAGISTRATE JUDGE RIEDLINGER |
| **Defendants** | * | |

## JUDGMENT

Considering the foregoing Rule 41 Stipulation of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims asserted by plaintiff, John Engquist, in the above referenced matter are hereby dismissed with prejudice with each party to bear their own costs.

Baton Rouge, Louisiana this 7th day of December, 2007.

*Stephen C. Riedlinger*

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE